IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

NOV 19 2014

David J. Bradley, Clerk of Court

UNITED STATES OF AMERICA
    Plaintiff

Vs.                    Case No. 4:05-cr-00021-1

JUAN DIEGO OSPINA
    Defendant

PRO SE MOTION FOR APPOINTMENT OF COUNSEL TO
ASSIST IN PREPARATION OF MOTION UNDER 28
U.S.C. § 3582(c)(2)

NOW COMES Juan Diego Ospina, movant pro se, who respectfully moves this court to appoint him counsel to assist him in determining eligibility for and the preparation of a motion under 28 U.S.C. § 3582(c)(2) for reduction of sentence pursuant to a retroactive amendment to the United States Sentencing Guidelines, specifically in this case, Amendment 782. Mr. Ospina believes that he is eligible for relief under that statute.

Respectfully submitted this _10_ day of November, 2014

_Juan Diego Ospina_
Reg. No. 79968-004
Federal Correctional Institution
P.O. Box 1000
Loretto, PA 15940-1000

CERTIFICATE OF SERVICE: I hereby certify that a copy of the foregoing has been served on opposing counsel by placing a copy of same in the United States mail, first-class postage prepaid and addressed to the United States Attorney's Office, 1000 Louisiana, Ste. 2300, Houston, TX 77002.

Dated: _11/10/14_

_Juan Diego Ospina_

