Juan Diego Ospina
Reg. No. 79968-004
FCI Loretto
P.O. Box 1000
Loretto, PA 15940-1000



January 15, 2015

Clerk, U.S. District Court
515 Rusk St.
Houston, TX 77002

RE: <u>United States v. Ospina</u>, No. H-05-021-SS

Dear Clerk:

In November, I filed a motion with this court requesting appointment of counsel for the purpose of drafting a motion for sentence reduction under 28 U.S.C. § 3582 based on the recent two-point reduction in drug quantity guidelines. To date, I have received no ruling on the motion.

I would greatly appreciate if you would inform me of the status of my motion.

Thank you for your assistance.

Cordially,

Juan Diego Ospina

